IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. _____

| WATERFORD I AT CARY PARK CONDOMINIUM HOMEOWNERS ASSOCIATION, INC. | ) |
|---|---|
| Plaintiff(s), | ) |
| v. | ) **SUPPLEMENTAL REMOVAL COVER SHEET** |
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY | ) |
| Defendant(s). | ) |

**The removing party must complete this Supplemental Removal Cover Sheet and comply with Local Civil Rule 5.3. Attach separate sheets as necessary to provide complete responses.**

**Section A—Plaintiffs**

List the full name of each plaintiff from the state court action and indicate whether the plaintiff is pending (i.e., in case currently), dismissed, or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination

| **Full Name of Plaintiff** | **Pending at time of removal – Yes/No?** | **Dismissed or terminated? Yes/No?** | **Date of Dismissal or Termination** |
|---|---|---|---|
| WATERFORD I AT CARY PARK CONDOMINIMUM | YES | NO | |
| | | | |
| | | | |
| | | | |
| | | | |

**Section B—Defendants**

List the full name of each defendant from the state court action and indicate whether the defendant is pending, dismissed or otherwise terminated at the time of removal. If dismissed or terminated, indicate the date of dismissal/termination. If known, indicate if and when each defendant was served with process and whether the defendant joins in the removal.

| Full Name of Defendant | Pending at time of removal? Yes/No? | Dismissed or terminated? Yes/No? (If yes, state date of termination) | Has defendant been served with process? Yes/No/Unknown? | If served with process, date of service? | Does the defendant join in removal? Yes/No? |
|---|---|---|---|---|---|
| NATIONWIDE PROPERTY AND CASUALTY INSURANCE | YES | NO | YES | 10/21/2022 | YES |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

**Section C—Removal pursuant to 28 U.S.C. § 1442(d)(1)**

Is only part of the state court action being removed pursuant to 28 U.S.C. § 1442(d)(1)?
Yes ☐     No ☑

If "Yes," specify what portion of the state court action is being removed, and then proceed to the signature page. If "No," proceed to Section D.

_____

_____

_____

**Section D—Pending State Court Motions as of Date of Removal**

Is there currently a temporary restraining order or preliminary injunction in place in this action from state court?  Yes ☐    No ✓

List every known motion pending at the time of removal.  Indicate the name of the filer, the date of filing, whether the motion has a supporting memorandum, and whether the motion is time sensitive, such as a motion for preliminary injunction.

| Title of Pending Motion | Name of Filer | Date of Filing | Memorandum-- Yes/No? | Time sensitive? Yes/No? |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**Section E—Scheduled State Court Hearings as of Date of Removal**

| Date and Time of Hearing | Hearing Type | Assigned State Court Judge |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Date: 11/21/2022

*Rachel E. Keen* (signature)

Signature of Attorney for Removing Party or Unrepresented Removing Party

Printed Name: Rachel E. Keen

Law Firm: Womble Bond Dickinson (US) LLP

Address: One W. 4th Street, 12th Floor

Winston Salem, NC 27101

Telephone Number: (336) 721-3600

Fax Number: (336) 721-3660

Email Address: Rachel.Keen@wbd-us.com

State Bar No.: 27777

4

Case 5:22-cv-00470-D-KS   Document 1-1   Filed 11/21/22   Page 4 of 4