IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:22-CV-470-D

| | |
|---|---|
| WATERFORD I AT CARY PARK CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | **JOINT NOTICE OF SETTLEMENT** |

Waterford I at Cary Park Condominium Homeowners Association, Inc. ("Plaintiff") and Nationwide Property and Casualty Insurance Company ("Nationwide") (collectively, the "Parties"), by and through their undersigned counsel, hereby file this Joint Notice of Settlement and advise the Court that the Parties to the above-captioned matter reached a settlement agreement. The Parties will file the appropriate stipulation for dismissal on or before May 22, 2024.

Dated: April 22, 2024.                                   Respectfully submitted,

**MERLIN LAW GROUP, PLLC**                **WOMBLE BOND DICKINSON (US) LLP**

/s/ *Beaujeaux de Lapouyade*_____         /s/ *Caitlin T. Augerson*_____
Beaujeaux de Lapouyade, Esq.                     Caitlin T. Augerson, Esq.
North Carolina Bar No. 51255                     North Carolina Bar No. 57811
777 S. Harbour Island Blvd., Suite 950           Rachel E. Keen, Esq.
Tampa, FL 33602                                  North Carolina Bar No. 27777
Tel: (813) 229-1000 / Fax: (813) 229-3692        One West Fourth Street
bdelapouyade@merlinlawgroup.com                  Winston-Salem, NC 27101
*Counsel for Plaintiff, Waterford I at Cary Park*  Tel: (336) 721-3600 / Fax: (336) 721-3660
*Condominium Homeowners Association, Inc.*         Caitlin.Augerson@wbd-us.com
                                                 Rachel.Keen@wbd-us.com
                                                 *Counsel for Defendant, Nationwide*
                                                 *Property and Casualty Insurance Company*