# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Case No: 5:22-CV-470-D

| | |
|---|---|
| WATERFORD I AT CARY PARK CONDOMINIUM HOMEOWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, <br><br> Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Waterford I at Cary Park Condominium Homeowners Association, Inc., and Defendant, Nationwide Property and Casualty Insurance Company, (collectively, the "Parties"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a), hereby file this Joint Stipulation of Dismissal with Prejudice. The Parties stipulate and agree all claims and causes of action in this matter should be dismissed with prejudice, each party to bear its own fees and costs.

Dated: May 10, 2024.                                  Respectfully submitted,

**MERLIN LAW GROUP, PLLC**                **WOMBLE BOND DICKINSON (US) LLP**

/s/ *Beaujeaux de Lapouyade*___          /s/ *Caitlin T. Augerson*_____
Beaujeaux de Lapouyade, Esq.              Caitlin T. Augerson, Esq.
North Carolina Bar No. 51255              North Carolina Bar No. 57811
777 S. Harbour Island Blvd., Suite 950    Rachel E. Keen, Esq.
Tampa, FL 33602                           North Carolina Bar No. 27777
Tel: (813) 229-1000 / Fax: (813) 229-3692 One West Fourth Street
bdelapouyade@merlinlawgroup.com           Winston-Salem, NC 27101
*Counsel for Plaintiff, Waterford I at Cary Park* Tel: (336) 721-3600 / Fax: (336) 721-3660
*Condominium Homeowners Association, Inc.* Caitlin.Augerson@wbd-us.com
                                          Rachel.Keen@wbd-us.com
                                          *Counsel for Defendant, Nationwide*
                                          *Property and Casualty Insurance Company*